IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CYRIAC ABRAHAM,

    Plaintiff,

v.

WASHINGTON GROUP
INTERNATIONAL, INC. and
URS CORPORATION,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-198-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Washington Group International, Inc. and URS Corporation, granting their motion for summary judgment and dismissing this case.

| | |
|---|---|
| *s/Peter Oppeneer* | 3/27/2013 |
| Peter Oppeneer, Clerk of Court | Date |